UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER AMARAL, et al.,

Plaintiffs,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES, et al.,

Defendants.

Civil Action No. 24-30009-MGM

ORDER

October 8, 2025

MASTROIANNI, U.S.D.J.

For the reasons state below, the Court DISMISSES this action.

On August 18, 2025, the Court issued an order in which the Court concluded that the third amended complaint of *pro se* plaintiffs Peter Amaral and Erin Amaral ("the Amarals") failed to state a claim upon which relief could be granted. (Dkt. No. 21). The Court directed the Amarals to file another amended complaint if they wished to proceed with this action, and stated that failure to do so by September 18, 2025 would likely result in dismissal of this action.

The deadline for filing an amended complaint has passed without any response from the Amarals. Accordingly, the Court orders that this action be DISMISSED for failure to state a claim upon which relief may be granted.

It is So Ordered.

MARK G. MASTROIANNI
United States District Judge

10/8/25